No. 83–1393. UNITED STATES *v.* CASSITY ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded

for further consideration in light of *United States* v. *Leon, ante*, p. 897.